(120 So. 918)
**THOMPSON v. STATE.  (8 Div. 806.)**

Court of Appeals of Alabama.  March 19, 1929

Williams & Chenault, of Russellville, for appellant.

Charlie C. McCall, Atty. Gen., for the State.

RICE, J.  Appellant was convicted of the offense denounced by Code of 1923, § 3324—operating motor vehicle while intoxicated. The case was tried before the court without a jury.

The evidence was ample to sustain the finding of guilt. There was no abuse of the trial court's discretion in his refusing to continue the case, when it was called, because of the absence of a witness who had never been summoned.

The judgment is affirmed.

Affirmed.